NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

_____

**DOCUMENT SECURITY SYSTEMS, INC.,**
*Appellant*

**v.**

**SEOUL SEMICONDUCTOR CO., LTD., SEOUL SEMICONDUCTOR, INC., CREE, INC.,**
*Appellees*

**KATHERINE K. VIDAL, Under Secretary of Commerce for Intellectual Property and Director of the United States Patent and Trademark Office,**
*Intervenor*

_____

2019-2281
_____

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in Nos. IPR2018-00333 and IPR2018-01205.

_____

**ON MOTION**
_____

**O R D E R**

2                    DOCUMENT SECURITY SYSTEMS, INC. v. SEOUL
                                        SEMICONDUCTOR CO., LTD.

Appellant and appellees jointly move pursuant to Federal Rule of Appellate Procedure 42(b) to voluntarily dismiss this appeal.

Upon consideration thereof,

IT IS ORDERED THAT:

(1)  The motion is granted.  The appeal is dismissed.

(2)  Each side shall bear its own costs.

                                        FOR THE COURT

May 9, 2022                             /s/ Peter R. Marksteiner
    Date                                Peter R. Marksteiner
                                        Clerk of Court

.

ISSUED AS A MANDATE:  May 9, 2022